# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2341
_____

United States of America

*Plaintiff - Appellee*

v.

Isaiah Thomas, also known as Zeke

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: July 24, 2026
Filed: July 29, 2026
[Unpublished]

_____

Before SHEPHERD, ARNOLD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Isaiah Thomas appeals after he pled guilty to a firearm offense and the district court[1] sentenced him to an above-Guidelines term of 105 months in prison. He

---

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

asserts that the district court procedurally erred at sentencing in connection with the Guidelines base offense level and criminal history calculation. The government responds that there was no procedural error, and in any event any error was harmless in light of the district court's statements at sentencing.

Upon careful review, we conclude that we need not determine whether the district court made the Guidelines errors asserted by Thomas, as the court stated that it would have imposed the same sentence in light of Thomas's aggravating factors even if it agreed with his Guidelines calculations. See United States v. Sharkey, 131 F.4th 621, 623 (8th Cir. 2025) (where district court stated that even without possible Guidelines error sentence would be proper any error was harmless); see also United States v. Hamilton, 929 F.3d 943, 948 (8th Cir. 2019) (any Guidelines miscalculation was harmless where district court stated it would have imposed same term).

Accordingly, we affirm.

_____